| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Chunga Becky Hsu** <br> First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:  List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Union Bank** <br><br> Description of property securing debt: **1444 Los Alamos Road Santa Rosa, CA 95409  Sonoma County** <br> **5,500 sq.ft.  3 bedrooms, 3.5 bathrooms.  Small cottage on property.** <br> **Residence purchased in 1998 for $780K.** <br> **Debtor estimates property is worth $1.4 million, based on appraisal fro** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: <br><br> **Continue making payments** | ☐ No <br><br> ■ Yes |
| Creditor's name: **Union Bank** <br><br> Description of property: **1444 Los Alamos Road Santa Rosa, CA 95409  Sonoma County** <br> **5,500 sq.ft.  3 bedrooms, 3.5** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| Debtor 1 | **Chunga Becky Hsu** | Case number *(if known)* | |
|---|---|---|---|

property securing debt: **bathrooms. Small cottage on property. Residence purchased in 1998 for $780K. Debtor estimates property is worth $1.4 million, based on appraisal fro**

■ Retain the property and [explain]:

**Continue making payments**

| Part 2: | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | | **Will the lease be assumed?** |
|---|---|---|
| Lessor's name: | **Hansel BMW of Santa Rosa** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **BMW i3S lease. $402.72/mo. 11/26/2018 through 11/25/2021** | |
| Lessor's name: | **Telsa Finance LLC** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Telsa Model 3 lease. $588.52/mo. Lease Term 6/5/2019 through 6/4/2022** | |

| Part 3: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Chunga Becky Hsu**
**Chunga Becky Hsu**
Signature of Debtor 1

Date **December 12, 2019**

X _____
Signature of Debtor 2

Date _____